# Court of Appeals
# of the State of Georgia

ATLANTA, October 29, 2018

*The Court of Appeals hereby passes the following order*

## A19I0079. CENTURION INDUSTRIES, INC. d/b/a A-LERT CONSTRUCTION SERVICES v. TRACEY NAVILLE-SAEGER et al. .

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of State Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

2016SCV167 2017SC73



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, October 29, 2018.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*